# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH and SUZANNE HARPER, | : | **CIVIL NO.: 1:15-CV-107** |
| Plaintiffs, | : | |
| v. | : | (Magistrate Judge Schwab) |
| AMERICAN STATES INSURANCE COMPANY, *d/b/a Safeco Insurance, A Liberty Mutual Company* | : | |
| Defendant. | : | |

## ORDER
April 8, 2016

Given that the parties have reached a settlement, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge